IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN R. O'NEAL                                                                                              PLAINTIFF

vs.                                             4:08CV00613-WRW

INTER/CON SECURITY SYSTEMS
D.O.S.
a/k/a Diplomatic Security                                                                              DEFENDANT

## ORDER

The above styled matter was filed in this Court on July 17, 2008. On July 21, 2008, the Court entered an Order directing the Plaintiff, Steven R. O'Neal, to pay a filing fee in the amount of $350 within 30 days of the date of the Order.

Pursuant to the July 21, 2008, Order and Mr. O'Neal not having paid the $350 filing fee, the Clerk is directed to dismiss this case, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 8th day of September, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddism.filingfee.wpd